IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VANDA PHARMACEUTICALS INC. | ) <br> ) |
| v. | ) Civil Action No. |
| MSN PHARMACEUTICALS INC. and MSN LABORATORIES PRIVATE LIMITED | ) <br> ) |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES INVOLVING AN ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiff(s) hereby provide(s) the information below with respect to the deadlines set forth in 21 U.S.C. 355(j):

Date Patentee(s) Received Notice: February 10, 2020

Date of Expiration of Patent: January 25, 2033

Thirty Month Stay Deadline: July 31, 2021

| | |
|---|---|
| March 3, 2020 <br> Date | /s/ Karen Jacobs <br> Attorney(s) for Plaintiff |